IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BETTY J. CAMPBELL, ) | |
| ) | |
| ) | |
| v. ) | 3:06-0700 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of Social ) | |
| Security ) | |

## O R D E R

The Court has considered the Report and Recommendation of Magistrate Judge Knowles and the objections thereto and the record in this cause. There is substantial evidence to support the decision of the Secretary.

The Magistrate Judge conducted a thorough recitation of the many doctors and examinations before reaching the conclusion and recommendation that the decision of the Secretary should be affirmed.

This Court concurs in the finding and adopts the Report and Recommendation and its findings of fact and conclusions of law. The Plaintiff's Motion for Judgment on the Administrative Record, Document #14, is **DENIED**, and the decision of the Commissioner is **AFFIRMED**. This case is **DISMISSED**. This is a final Order for which an appeal may lie.

IT IS SO ORDERED.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge